```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 18599
    LEMUEL C HOGUE II
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7012


------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/19/2008 and was not confirmed.

    The case was dismissed without confirmation 10/01/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE        NOTICE ONLY    NOT FILED              .00           .00
CHASE HOME FINANCE LLC    CURRENT MORTG        .00              .00           .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE   13803.00              .00           .00
CHRYSLER FINANCIAL SVC A  SECURED VEHIC        .00              .00           .00
CHRYSLER FINANCIAL SVC A  UNSECURED       NOT FILED             .00           .00
COOK COUNTY TREASURER     SECURED          2909.00              .00           .00
COOK COUNTY               UNSECURED       NOT FILED             .00           .00
CHICAGO DEPT OF REVENUE   UNSECURED         300.00              .00           .00
T MOBILE                  UNSECURED       NOT FILED             .00           .00
JC PENNEY                 UNSECURED       NOT FILED             .00           .00
TCF BANK                  UNSECURED       NOT FILED             .00           .00
TIFFANY HOGUE             NOTICE ONLY    NOT FILED              .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,341.50                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       --------------      --------------
TOTALS                       .00                 .00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 18599 LEMUEL C HOGUE II
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE